THE NEW JERSEY POWER AND LIGHT COMPANY, PROSE-
CUTOR-APPELLANT, v. THE TOWN OF DOVER, A MU-
NICIPAL CORPORATION, THE STATE BOARD OF TAX
APPEALS, TOWNSHIP OF HILLSBOROUGH, TOWN OF
PHILLIPSBURG, BOROUGH OF ROCKAWAY AND TOWN-
SHIP OF WARREN, DEFENDANTS-RESPONDENTS.

Submitted February 2, 1944—Decided April 13, 1944.

For the appellant, *Wall, Haight, Carey & Hartpence*
(*John A. Hartpence,* of counsel).

For the respondent Town of Dover, *Grosso & Grosso*
(*Alfred J. Grosso and Marius Grosso,* of counsel).

For the respondents Township of Hillsborough, Town of
Phillipsburg, Borough of Rockaway and Township of Warren,
*Herbert J. Hannoch* and *Morris Weinstein.*

PER CURIAM.

The judgment is affirmed, for the reasons expressed in the
opinion of the Supreme Court, as supplemented by the
opinion of this court in the case of *Jersey Central Power and
Light Co.* v. *State Board of Tax Appeals,* decided this day,
131 *N. J. L.* 565.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-
KER, BODINE, HEHER, PERSKIE, PORTER, WELLS, RAFFERTY,
HAGUE, THOMPSON, DILL, JJ. 12.

*For reversal*—None.